Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Kevin L. Jones (State Bar No. 324068)
kjones@fbm.com
Rodolfo E. Rivera Aquino (State Bar No. 348512)
rriveraaquino@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET ANN NANCA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.  23-1234<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF SWEET ANN NANCA:

PLEASE TAKE NOTICE that Defendant AMAZON.COM SERVICES LLC ("Amazon" or "Defendant"), pursuant to 28 U.S.C. § 1441(b), hereby removes the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Sacramento.

## I.   FACTUAL AND PROCEDURAL BACKGROUND

On October 27, 2023, Plaintiff SWEET ANN NANCA ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S NOTICE OF REMOVAL
CASE NO. _____

44477\16519874.1

Sacramento, titled *SWEET ANN NANCA V. AMAZON.COM SERVICES LLC ET AL.*, Case No. 23CV010632.  A true and correct copy of the Complaint (hereinafter the "Complaint"), together with its Civil Case Cover Sheet, is attached as **Exhibit A** to the Declaration of Kevin L. Jones ("Jones Decl.") submitted concurrently herewith.  *See* Jones Decl., ¶ 2.

In her Complaint, Plaintiff alleges nine causes of action: (1) Discrimination Based on Physical Disability; (2) Failure to Accommodate Actual or Perceived Physical Disability; (3) Failure to Engage in Good Faith Interactive Process; (4) Failure to Prevent Discriminatory Practice; (5) Fair Employment & Housing Act Retaliation; (6) Retaliation in Violation of Labor Code § 1102.5; (7) Failure to Produce Personnel and Pay Records; (8) Waiting-Time Penalty under Labor Code §§ 203, 218; and (9) Wrongful Termination in Violation of Public Policy.  *See* Jones Decl., **Ex. A**.  Plaintiff seeks general, special, and punitive damages, prejudgment interest, attorneys' fees, loss of earnings, interest on due compensation, and other relief that is just and proper.  *See* Jones Decl. **Ex. A** at 14:9–23.

On November 3, 2023, Amazon was served with Plaintiff's Complaint.  On December 1, 2023, Amazon answered Plaintiff's Complaint in State Court, and its Answer is attached as Exhibit B to the Declaration of Kevin L. Jones submitted concurrently herewith.  *See* Jones Decl., ¶ 3 (Amazon.com Services LLC's Answer to Plaintiff Sweet Ann Nanca's Unverified Complaint).

## II.  THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading."  *See* 28 U.S. §1446(b)(2)(B).[1]

/ / /

/ / /

---

[1] Thirty days after service on Amazon fell on Sunday, December 3, 2023.  Accordingly, under FED. R. CIV. P. 6(a)(1)(C), "the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday."

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S NOTICE OF REMOVAL
CASE NO. _____

2

44477\16519874.1

## III. THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]").

First, Plaintiff and Defendant are citizens of different states. Plaintiff's Complaint alleges that he resides in the state of California and has lived in California at all material times. *See* Jones Decl., **Ex. A** at 2 ¶ 1.

Defendant Amazon.com Services LLC is not a citizen of California. For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). At all times relevant to this action, Amazon.com Services LLC has been a citizen of Washington and Delaware (but not California). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Seattle, Washington. A true and correct copy of the Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. is attached as Exhibit C to the Declaration of Kevin L. Jones submitted concurrently herewith. *See* Ex. C (Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. listing principal office in Seattle, Washington and organized under Delaware law); Jones Decl., ¶ 4.

Moreover, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks general damages, special damages, punitive damages, attorneys' fees, and more. *See* Jones Decl., **Ex. A** at 14. California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims. *See, e.g.*, *Arauz v. MAC Cosmetics, Inc.*, No. 2:22-cv-01663-MCE-KJN, 2023 WL 3293336, at *2–4

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S NOTICE OF REMOVAL
CASE NO. _____

3

44477\16519874.1

(E.D. Cal. May 5, 2023) (amount-in-controversy requirement satisfied in harassment and retaliation case seeking general, compensatory, and punitive damages, attorneys' fees and costs, pre- and post-judgment interests, and loss of earnings); *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL 3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress damages, punitive damages, and attorney's fees and costs); *Castanon v. Int'l Paper Co.*, No. 2:15-CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb 11, 2016) (amount-in-controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional distress damages, injunctive relief, and attorney's fees).  Thus, removal is proper based on this Court's diversity jurisdiction.

## IV.  VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Sacramento, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

## V.  NOTICE OF REMOVAL

Amazon will promptly serve this Notice of Removal upon Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Sacramento.

/ / /

/ / /

/ / /

/ / /

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S NOTICE OF REMOVAL
CASE NO. _____

4

44477\16519874.1

| | | |
|---|---|---|
| Dated: December 4, 2023 | | FARELLA BRAUN + MARTEL LLP |
| | By: | _____ |
| | | Kevin L. Jones |
| | | Attorneys for Defendant |
| | | AMAZON.COM SERVICES LLC |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S NOTICE OF REMOVAL
CASE NO. _____

5

44477\16519874.1