Wesley C. Shelton (SBN 237521)
wshelton@wilshirelawfirm.com
Wilshire Law Firm
A Professional Law Corporation
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988

Attorney for Plaintiff
SWEET ANN NANCA

Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Kevin L. Jones (State Bar No. 324068)
kjones@fbm.com
Rodolfo E. Rivera Aquino (State Bar No. 348512)
rriveraaquino@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SWEET ANN NANCA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　　Defendants. | Case No. 2:23-cv-02813-WBS-AC<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE THE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES**<br><br>The Hon. William B. Shubb<br><br>Trial Date:  Not Set |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that Plaintiff Sweet Ann Nanca and Defendant Amazon.com Services LLC (collectively 'the Parties") have reached a settlement agreement in the above-captioned matter.  The parties anticipate that the agreement's terms and conditions (including payment of the settlement funds to Plaintiff) will be completed by May 17, 2024.  The parties will thereafter file a stipulation of dismissal of this entire action with prejudice.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

44477\16725174.1

JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE THE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES - Case No. 2:23-cv-02813

Accordingly, the parties STIPULATE and respectfully request that the Court VACATE the April 8, 2024 Initial Scheduling Conference and all associated deadlines.

Dated:  March 18, 2024							FARELLA BRAUN + MARTEL LLP

												By:   */s/ Kevin L. Jones*
												         Kevin L. Jones

												Attorneys for AMAZON.COM SERVICES LLC

Dated:  March 18, 2024							WILSHIRE LAW FIRM

												By:   */s/ Wesley C. Shelton*
												         Wesley C. Shelton

												Attorneys for SWEET ANN NANCA

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

2

44477\16725174.1

JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE THE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES - Case No. 2:23-cv-02813

**ORDER**

Based upon the foregoing Joint Stipulation and good cause appearing therefore, the Court vacates its April 8, 2024 Initial Scheduling Conference and all associated deadlines.

IT IS SO ORDERED.

Dated: March 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

3

44477\16725174.1

JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE THE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES - Case No. 2:23-cv-02813